UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

MICHAEL B. BAILEY,                          JUDGMENT IN A CIVIL CASE

    Plaintiff,

vs.

WTSP OFFICER JACQUELINE                     CASE NO: 16-2577-STA-egb
MCDOUGLE, ET AL.,

    Defendants.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Plaintiff's Motion To Dismiss Claims Against Defendant McDougle Without Prejudice entered on August 23, 2018, this cause is hereby DISMISSED without prejudice.




                    APPROVED:


s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 8/23/2018                    THOMAS M. GOULD
                                   Clerk of Court


                        s/Maurice B. BRYSON

                                   (By)  Deputy Clerk